ETHEL DE TANKERVILLE et al., Appellants, v. CITY OF NEW YORK, Respondent

Concur — Eager, J. P., Steuer, Tilzer, McNally and McGivern, JJ.

In the Matter of MOIRA JAFFIN, Respondent, v. WILLIAM J. MATTHEWS, Appellant

Concur — Botein, P. J., Stevens, Steuer, Capozzoli and Rabin, JJ.